# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : NO. 766
:
ORDER AMENDING RULE 191 : SUPREME COURT RULES
AND REVISING THE COMMENT :
TO RULE 140 OF THE : DOCKET
PENNSYLVANIA :
RULES OF JUVENILE COURT :
PROCEDURE :

# ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of May, 2018, upon the recommendation of the Juvenile Court Procedural Rules Committee, the proposal having been published for public comment at 47 Pa.B. 7010 (November 18, 2017):

    It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Pennsylvania Rule of Juvenile Court Procedure 191 is amended and the Comment to Pennsylvania Rule of Juvenile Court Procedure 140 is revised in the attached form.

    This Order shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective on July 1, 2018.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.